Stephanie Sheridan (CA 135910)
Carlo Lipson (CA 351153)
David M. Krueger (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com
clipson@beneschlaw.com
dkrueger@beneschlaw.com

Attorneys for Defendant
Hugo Boss Fashions, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAY DILANYAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HUGO BOSS FASHIONS, INC. et al.<br><br>    Defendants. | Case No. 2:25−cv−05093−JLS−BFM<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order [Dkt. 34–35], Defendant Hugo Boss Fashions, Inc. ("Hugo Boss") and Plaintiff Nikolay Dilanyan ("Plaintiff") (collectively, the "Parties"), through their respective counsel, submit this Joint Status Report.

On December 3, 2025, the Court certified its Order for interlocutory appeal ("Certification Order") in connection with Hugo Boss's Motion to Dismiss Plaintiff's Complaint [Dkt. 22]. In compliance with this Court's Order, on December 18, 2025, Hugo Boss filed its Petition for Permission to Appeal the Order (the "Petition") pursuant to 28 U.S.C. § 1292(b) . [*See* Dkt. 1, Case No. 25-7951 (9th Cir.)].[1] On December 29, 2025, Plaintiff filed its Answer in Opposition to the Petition.

On January 27, 2026, the Ninth Circuit entered its final order ("the Ninth Circuit Order') denying Hugo Boss's Petition. A true and correct copy of the one-page Ninth Circuit Order is attached to this Report as **Exhibit A**.

Per the Certification Order, the Parties are required to file a joint status report "within ten (10) days of a final determination of the appeal from the Ninth Circuit." [Dkt. 35.] Hence, the Parties respectfully notify the Court of the final Ninth Circuit determination and of their intention to meet and confer to propose case deadlines for entry as this Court deems appropriate.

[Signature block on next page]

---

[1] This Court's Order [Dkt. 35] required Defendant to file its Petition for Permission to Appeal within 10 days of the entry of the Order. On December 8, 2025, the Parties received the Court's first docket notification certifying the Order for Interlocutory Appeal and stating that "[t]he following transaction was entered on 12/8/2025."

**JOINT STATUS REPORT**
**Case No. 2:25−cv−05093−JLS−BFM**

Dated:  February 6, 2026                    Respectfully submitted,


                                            *s/ David M. Krueger*
                                            STEPHANIE SHERIDAN (CA 135910)
                                            CARLO LIPSON (CA 351153)
                                            DAVID M. KRUEGER (*Pro Hac Vice*)
                                            **Benesch, Friedlander, Coplan &
                                            Aronoff LLP**
                                            100 Pine Street, Suite 3100
                                            San Francisco, California 94111
                                            Telephone:  628.600.2250
                                            Facsimile:  628.221.5828
                                            Email: ssheridan@beneschlaw.com
                                                   clipson@beneschlaw.com
                                                   dkrueger@beneschlaw.com

                                            *Attorneys for Defendant*
                                            Hugo Boss Fashions, Inc.


Dated:  February 6, 2026


                                            */s/ Jared Walder*
                                            Jared Walder
                                            Peng Shao
                                            **R23 Law APC**
                                            633 West Fifth Street, 26th Floor
                                            Los Angeles, CA 90071
                                            Telephone: (888) 533-2948
                                            Facsimile: (415) 558-0230
                                            Email: jared@r23law.com
                                                   Peng@r23law.com

                                            *Attorneys for Plaintiff*

**JOINT STATUS REPORT**
**Case No. 2:25−cv−05093−JLS−BFM**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, David M. Krueger, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 6, 2026

/s/ David M. Krueger
David M. Krueger