# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NIKOLAY DILANYAN, individually and
on behalf of others similarly situated,

Plaintiff - Respondent,

v.

HUGO BOSS FASHIONS, INC.,

Defendant - Petitioner.

No. 25-7951

D.C. No.
2:25-cv-05093-JLS-BFM
Central District of California,
Los Angeles

ORDER

Before: SILVERMAN and H.A. THOMAS, Circuit Judges.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1292(b).