**R23 LAW APC**
Peng Shao (319624)
litigation@R23Law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel: 888-533-2948
Fax: 415-558-0230

*Attorneys for Plaintiff*
*Nikolay Dilanyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NIKOLAY DILANYAN**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**HUGO BOSS FASHIONS, INC.; AND DOES 1 TO 50,** inclusive;<br><br>Defendants. | CASE NO. 2:25-CV-05093-JLS-BFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT HUGO BOSS FASHIONS, INC.** |

R23 LAW

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff NIKOLAY DILANYAN and Defendant HUGO BOSS FASHIONS, INC. (collectively, the "Parties") has been resolved in its entirety. The Parties are in the process of finalizing the terms and performance attendant to that resolution and anticipate filing a Joint Stipulation to Dismiss with Prejudice upon completion.

Respectfully submitted,

DATED: November 5, 2026

*/s/ Peng Shao*

Peng Shao, ESQ

**R23 LAW APC**
Peng Shao
peng@R23Law.com

*Attorney for Plaintiff*
*Nikolay Dilanyan*